FILED
2006 Sep-06 AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Acting Clerk

September 5, 2006

TO:    Clerk, U.S. District Court
Southern District of Ohio
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd.
Columbus, OH  43215-2835

In RE: <u>Transfer of Supervision/Jurisdiction</u>
USA v. Kevin M Levison
Our Case No. CR 2:02-CR-373-LSC-TMP

Dear Sir/Madam:

Pursuant to 18 U.S.C. § 3605, I am enclosing herewith copies of the order transferring jurisdiction of the subject probationer or supervised release and the pleadings in the above-styled case, which I hereby certify to be true copies of the originals on file in this office.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

SHARON N. HARRIS, CLERK

By: /s/ D. Cooper
Deputy Clerk

Enclosures

**RECEIVED**

| PROB 22<br>(Rev. 2/88)  **AUG 2 5 2006**<br>**JAMES BONINI, CLERK**<br>**COLUMBUS, OHIO** | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court)<br>CR-02-N-373-S |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court)<br>2:06cr 198 JLG |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br>KEVIN M. LEVISON<br>Columbus, Ohio | DISTRICT<br>ND/AL | DIVISION<br>SOUTHERN |
| | NAME OF SENTENCING JUDGE/NAME OF SIGNING JUDGE<br>Honorable Edwin L. Nelson/<br>Honorable L. Scott Coogler | |
| | DATES OF SUPERVISED RELEASE | FROM<br>08/01/2006 · TO<br>07/31/2009 |
| OFFENSE<br>18 U.S.C. §2422 9(b): Use of a Computer and Modem in an attempt to knowingly persuade, induce and entice a person under 18 years of age to engage in sexual activity. | | |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   NORTHERN DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   SOUTHERN DISTRICT OF OHIO   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 17, 2006                                          124153
Date                           L. Scott Coogler
                               United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-29-06
Effective date                 United States District Judge